## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**Civil Action Number:  15-cv-6595**

ANCEL MONTENELLI,

>       Plaintiff,

vs.

LA PALAPA INC. and
THE GEORGE AND ANTONIA FLORAKOS
REVOCABLE TRUST

>       Defendants.

---

### NOTICE OF SETTLEMENT MOTION FOR ENTRY OF AN
### ORDER OF DISMISSAL

---

COMES NOW Plaintiff Ancel Montenelli and hereby files his Notice of Settlement and Motion for Entry of an Order of Dismissal in the above styled case and hereby request the Court to issued its Order of Dismissal as to Defendants La Palapa, Inc. and the George and Antonia Florakos Revocable Trust.

Counsel for the Plaintiff desires to have this Court retain jurisdiction to enforce any future obligations under the settlement agreement.  Counsel for the Plaintiff represents that counsel for the Defendant has stipulated to dismissal of the action with such retention of jurisdiction. Therefore such retention is not referenced as dismissal 'with prejudice', as per Lynch v. Samata Mason Inc., 279 F.3d 487, 489 (7th Cir. 2002) and Shapo v. Engel, 463 Fd.3d 641 (7th Cir. 2006)).

WHEREFORE, Plaintiff requests this Honorable Court to enter an Order of Dismissal as to Defendants La Palapa, Inc. and the George and Antonia Florakos Revocable Trust.

Dated this 9th day of December, 2015.

*s/Scott Dinin*
*Scott* R. Dinin, Esq.
SCOTT R. DININ, P.A.
4200 NW 7TH Avenue
Miami, Florida 33127
Tel: (786) 431-1333
Email: inbox@dininlaw.com
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th of December, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/EC, which will send notification of such filing electronically to the following:

Joseph A Macaluso, Esq.
LAW OFFICE OF JOSEPH A. MACALUSO
18316 Distinctive Drive
Orland Park, Il. 60467
Tel: 708-479-9100
Email: jam@joemaclaw.net
*Counsel for the Defendant*