UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Civil Action Number: 15-cv-6595

ANCEL MONTENELLI,

    Plaintiff,

vs.

LA PALAPA INC. and
THE GEORGE AND ANTONIA FLORAKOS
REVOCABLE TRUST

    Defendants.

## ORDER

**THIS MATTER CAUSE** is before the Court on the Plaintiff's Notice of Settlement and (Revised) Motion for Entry of an Order of Dismissal filed on the 10th of December 2015 and having been duly informed of the matter, it is hereby

ORDERED AND ADJUDGED, Plaintiff's Motion is GRANTED,

Defendants La Palapa, Inc. and the George and Antonia Florakos Revocable Trust are DISMISSED with prejudice.

Dated: December 11, 2015

                                                Judge Milton Shadur
                                                United States District Judge

Copies to:
Scott R. Dinin, Esq.
SCOTT R. DININ, P.A.
4200 NW 7TH Avenue
Miami, Florida 33127
Tel: (786) 431-1333
Email: inbox@dininlaw.com
    *Attorney for Plaintiff*

Joseph A Macaluso
LAW OFFICE OF JOSEPH A. MACALUSO
18316 Distinctive Drive
Orland Park, Il. 60467
Tel: 708-479-9100
Email: jam@joemaclaw.net
    *Attorney for Defendant*